**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LORINDA MEDINA,
        PLAINTIFF,

V.

EQUIFAX INFORMATION SERVICES, LLC,
        DEFENDANT.

CASE NO. 1:2026-CV-02248

NOTICE OF SETTLEMENT

        NOTICE IS HEREBY GIVEN that Plaintiff LORINDA MEDINA, by and through her undersigned Attorney, notifies the Court that the parties have hereby reached a settlement and to ensure the receipt of the Settlement Funds, hereby requests until July 13, 2026 to file a Stipulation of Dismissal.

Dated: May 13, 2026

Respectfully submitted:

/s/ *Randall Steketee*
**Randall Steketee, Esq.**
randall@steklawfirm.com
254 West 31st Street, 6th Floor
New York, NY 10011
Attorney for Plaintiff